IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY -3 2016
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 1:16cr40LG-RHW

VICTOR JOHN WENDELL, JR.

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 1952(a)(3)

**The Grand Jury charges:**

## COUNT 1

That beginning sometime in April 2016, and continuing up to the date of this Indictment, in Harrison County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **VICTOR JOHN WENDELL, JR.**, did knowingly conspire with others both known and unknown to the Grand Jury, to possess with intent to distribute more than 5 kilograms of cocaine hydrochloride, a Schedule II narcotic drug controlled substance, as prohibited by Section 841(a)(1), Title 21, United States Code.

All in violation of Section 846, Title 21, United States Code.

## COUNT 2

That on or about April 12, 2016, in Harrison County, in the Southern Division of the Southern District of Mississippi and elsewhere, the defendants, **VICTOR JOHN WENDELL, JR.**, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute more than 5 kilograms of cocaine hydrochloride, a Schedule II narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code.

## COUNT 3

That on or about April 12, 2016, in Harrison County, in the Southern Division of the Southern District of Mississippi, the defendant, **VICTOR JOHN WENDELL, JR.**, did travel in interstate commerce from the State of Texas to the Southern District of Mississippi and elsewhere, with the intent to promote, manage, establish, carry on, and facilitate the promotion,

management, establishment and carrying on of an unlawful activity, the unlawful activity being a business enterprise involving the distribution of a controlled substance, that is transporting cocaine base, and thereafter did perform acts and attempt to perform acts to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of the unlawful activity, in violation of Section 1952(a)(3), Title 18, United States Code.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendants shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses. Further, if any property described above, as a result of any act or omission of the defendants: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendants, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 853, Title 21, United States Code, Section 981(a)(1)(c), Title 18, United States Code and Section 2461, Title 28, United States Code.

A TRUE BILL:

GREGORY K. DAVIS
United States Attorney

s/signature redacted
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 3rd day of May, 2016.

UNITED STATES MAGISTRATE JUDGE